Roland K. Ross, Administrator of Estate of Gordon Lee Ross, Deceased, Appellee, v. Russell Crank, Appellant.

Gen. No. 9,468.

Heard in this court at October term, 1939; opinion filed December 15, 1939. Champion & Gaskins, for appellant; E. V. Champion and F. J. Lee, of counsel; Herget & Hoffman, for appellee; Roscoe Herget, of counsel. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''